6 A.3d 498

Clarence GLENN, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.

No. 97 EM 2010.

Supreme Court of Pennsylvania.

Oct. 7, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of October, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**